Same case below, 352 Fed. Appx. 953.

**No. 09-9013. Victor Manuel Olivas-Porras, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1917, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2404.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 363 Fed. Appx. 637.

**No. 09-9015. Mark Edward Brown, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1917, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2459.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 592 F.3d 1088.

**No. 09-9017. Edwin Torres-Oliveras, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1917, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2545.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 583 F.3d 37.

**No. 09-9018. Jose H. Velazquez, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1917, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2348.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 349 Fed. Appx. 339.

**No. 09-9019. Demetrius Lydell Bryant, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1918, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2538.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 14.

**No. 09-9024. Arthur Longoria, Jr., Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1918, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2377.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 352 Fed. Appx. 968.

**No. 09-9025. Emanuel T. Newman, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1918, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2387.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9027. Buwlus A. Muhammad, Petitioner v. United States.**

559 U.S. 1020, 130 S. Ct. 1918, 176 L. Ed. 2d 389, 2010 U.S. LEXIS 2347.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 336 Fed. Appx. 188.